# United States District Court

**ORIGINAL**

_____ CENTRAL _____ DISTRICT OF _____ CALIFORNIA _____

| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
|---|---|
| V. | |
| CARLOS ANIBAL LOPEZ | CASE NUMBER: 10-2159M |

FILED
CLERK, U.S. DISTRICT
AUG 2 7 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about August 28, 2010, in __Los Angeles__ County, within the __Central__ District of __California__, defendant CARLOS ANIBAL LOPEZ ("defendant") did willfully, knowingly, and unlawfully travel in interstate commerce from the State of California to Guatemala with the intent to avoid prosecution for the crime of murder, in violation of California Penal Code Section 187, a felony in the State of California, for which defendant was charged in arrest warrant number LACBA36137101, issued by the Superior Court of Los Angeles, County of Los Angeles, on August 31, 2009, in violation of Title __18__, United States Code, Section(s) __1073__.

I further state that I am a Special Agent of the Federal Bureau of Investigation and that this complaint is based on the following facts:

(SEE ATTACHMENT)

LODGED
2010 AUG 27  PM 2: 03
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY _____

Continued on the attached sheet and made a part hereof:  ☒Yes  ☐No

_____
Signature of Complainant
Scott F. Garriola
Special Agent – FBI

Sworn to before me and subscribed in my presence,

8/27/2010 _____ at  Los Angeles, California
Date                                        City and State

Hon. Patrick J. Walsh, U.S. Magistrate Judge        _____
Name & Title of Judicial Officer                     Signature of Judicial Officer

## AFFIDAVIT

I, SCOTT F. GARRIOLA, being duly sworn, hereby depose and say:

1. I am a Special Agent of the Federal Bureau of Investigation, United States Department of Justice ("FBI"). I have been so employed for more than twenty-two (22) years. I have been a member of the joint FBI/Los Angeles Police Department ("LAPD") Fugitive Task Force for over thirteen (13) years. I have extensive experience in conducting fugitive investigations. In that capacity, I have conduced thousands of fugitive investigations and executed hundreds of fugitive arrests.

2. This affidavit is made in support of a criminal complaint and a probable cause arrest warrant for CARLOS ANIBAL LOPEZ ("LOPEZ") for Unlawful Flight to Avoid Prosecution, in violation of Title 18, United States Code, Section 1073. The information contained herein is based on my participation in this investigation, as well as my conversations with other law enforcement officers and my review of various law enforcement documents.

3. On or about August 29, 2009, I was advised by Detective James Yoshida, Los Angeles Police Department (LAPD), South West Division, Criminal Gang Homicide Bureau, of the following facts:

   a. On August 28, 2009, the children of LOPEZ and Xiomara Fajardo-Lopez called 911 to report that their father, LOPEZ, had shot their mother. When the police arrived, not only did they find Fajardo-Lopez dead, but they learned the couple's seven-year-old son was being held by his mother at the time she was shot and was also grazed by a bullet during the shooting. Fajardo-Lopez had been shot four times. A short time after

the murder, detectives found LOPEZ' vehicle ablaze in the San Fernando Valley, close to his place of employment.

    b. During the months after the murder, I interviewed numerous family members and friends of LOPEZ' who told me that LOPEZ had fled back to his native Guatemala. I learned that LOPEZ, a naturalized United States Citizen, obtained a U.S. passport several weeks before the murder.

    c. During the course of my investigation, I spoke with William Fajardo, the victim's brother, who is also from Guatemala. Fajardo advised me early on that from his contacts in Guatemala, he learned that LOPEZ was living in Guatemala City. Fajardo also advised that LOPEZ owned a home in Chapulco, Guatemala, next door to his father's home. On August 25, 2010, I again spoke with Fajardo, who advised me that he just learned that LOPEZ was living in a town named Santa Ana on the El Salvador border. LOPEZ was working as an electrician for a Salvadorian company with his grandfather, and sharing a home with him.

    d. On August 31, 2009, warrant number LACBA36137101 was issued by the Superior Court of Los Angeles, County of Los Angeles, charging LOPEZ with one count of murder, a felony, in violation of Section 187 of the California Penal Code.

    4. In the days since LOPEZ was charged with the murder, Detective Yoshida and other officers of the LAPD searched for LOPEZ at all of his known addresses in the Los Angeles area, but were unable to find LOPEZ at those addresses.

    5. Detective Yoshida has advised me that the Los Angeles County District Attorney's Office ("DA's Office") has agreed to extradite LOPEZ,

and along with the LAPD, they have requested the assistance of the FBI in apprehending and returning LOPEZ to the Los Angeles area.

6. Based on the information set forth above and my extensive experience in conducting fugitive investigations, I believe that there is probable cause to believe that LOPEZ fled the State of California with the intent to avoid prosecution for the crime of murder and that there is probable cause for the issuance of an arrest warrant for CARLOS ANIBAL LOPEZ for violation of Title 18, United States Code, Section 1073, Unlawful Flight to Avoid Prosecution.

_____
Scott F. Garriola
Special Agent-FBI

Subscribed and sworn to before me
on this 27 day of August, 2010

_____
THE HONORABLE PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE